396 A.2d 844

Sokol et al., Appellants, v. Fidelity & Deposit Company of Maryland et al.

Argued October 23, 1978. William R. Krzton, for appellants; Daniel J. Weis, for appellees, Fidelity & Deposit Co. and James Voss; Roger C. Wiegand, for appellee, Carnegie Institute.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.